

**J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

June 16, 2020

**BY ECF**

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: U.S. v. Baranco (JMF)
20 Cr. 135

*Application GRANTED. The Clerk of Court is directed to terminate Doc. 145.*

*SO ORDERED.*

*June 16, 2020*

Dear Judge Furman,

    I represent Edgardo Baranco, Jr. in the above captioned case.  He is currently on home incarceration with electronic monitoring.  I am writing to respectfully request that Mr. Baranco's bail conditions be modified to include "a mental health evaluation and treatment as directed by Pretrial Services."   As previously discussed in the June 3, 2020 letter addressed to the court, Mr. Baranco, Jr. reports that his mental and physical health is beginning to suffer.

    I have spoken to Mr. Baranco's  Pretrial officer and he is not opposed to this modification.

Very truly yours,

Christine Delince, Esq.