UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,        :
          :
    -v-          :    20-CR-135-6 (JMF)
          :
          :    <u>ORDER</u>
EDGARDO BARANCO,        :
          :
      Defendant.        :
          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, counsel submitted by email a letter motion seeking modification of Defendant's bail conditions. Although the letter motion does contain some sensitive medical information that may be kept under seal, there is no basis to seal the letter in its entirety. Accordingly, no later than **July 6, 2020**, counsel shall file proposed redactions in accordance with the procedures set forth in the Court's Individual Rules and Practices. By the **same date**, the Government shall file a response to the letter motion, which also provides the position of Pretrial Services.  (Defense counsel is reminded that, under the Court's Individual Rules and Practices, she should have conferred with the Government and Pretrial Services before making her motion — and included their positions in her letter motion.)

      SO ORDERED.

Dated: July 2, 2020
      New York, New York                       _____
                                                JESSE M. FURMAN
                                             United States District Judge