UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                             :
:
-v-                                           :         20-CR-135-6 (JMF)
:
EDGARDO BARANCO,                                     :         ORDER
:
                       Defendant.                    :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received a memorandum from Pretrial Services, dated August 3, 2020, containing information on a new arrest and recommending that a bail violation hearing be scheduled. In light of the memo, counsel shall promptly confer and, no later than **August 6, 2020**, submit a joint letter to the Court proposing how to proceed, including but not limited to whether the Court should hold a conference (and if so, what dates are doable); whether an in-person proceeding is necessary or the Court can and should proceed remotely; and if the Court decides to proceed remotely, what technological means the Court should use to do so that would enable the Defendant to participate.

      SO ORDERED.

Dated: August 4, 2020
       New York, New York
                                    JESSE M. FURMAN
                                    United States District Judge