

**E. Onaodowan, Esq.**
eonaodowan@gmail.com   t 646.375.2119   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

Re: U.S. v. Arguedas, et. al.
Dkt: 20 Cr. 135

Dear Judge Furman:

    This letter is submitted on behalf of Edgardo Baranco, Jr. as an application to modify his bond co-signers. I am requesting that co-signer Catherine Tierney be removed from the bond, and that Edgardo Baranco, Sr., my client's father, be added to the bond as a co-signer.
    I have discussed this with the government, and they consent to this modification.


DATED:   NEW YORK, NEW YORK
           October 13, 2020

RESPECTFULLY SUBMITTED,

*Christine Delince*
Christine Delince, Esq.


Application GRANTED. The Clerk of Court is directed to terminate ECF No. 237.

SO ORDERED.

*[signature]*

October 14, 2020