

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com       t 646.375.2117   c 917.238.9332

November 2, 2020

<u>Via ECF</u>

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: U.S. v. Baranco (JMF)
20 Cr. 135

Dear Judge Furman,

    I write on behalf of myself and the government.  The parties agree that there should be a virtual appearance in this matter, and that a virtual proceeding is permitted by law.  Defense Counsel and Mr. Baranco will appear together using her office computer.  However, defense counsel is not available on November 17.  The parties are available on November 12th and November 13th at any time, and on November 19th before 3PM.

    Respectfully Submitted,

_Christine Delince_
Christine Delince, Esq.

cc: AUSA Harper

Application GRANTED. The hearing is hereby RESCHEDULED to November 19, 2020, at 10:00 a.m. Members of the press and public may access the conference by calling 888-363-4749 and using access code 5421540#. That line will be on listen-only mode that is, all callers will be muted. The Court will email different call-in instructions to the parties in advance of the conference. The Clerk of Court is directed to terminate Doc. #263. SO ORDERED.

November 5, 2020