March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    **CONSENT TO PROCEED BY VIDEO OR TELECONFERENCE**

-v-

20 -CR- 135 (JMF)

Edgardo Baranco     Defendant(s).
-----------------------------------------------------------------X

Defendant _Edgardo Baranco_ hereby voluntarily consents to participate in the following proceeding via video or teleconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

_X_  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_[signature]_                                  _[signature]_

Defendant's Signature                      Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Edgardo Baranco_                      _Christine Delince_

Print Defendant's Name                    Print Defense Counsel's Name

This proceeding was conducted by reliable video or teleconferencing technology.

11/19/2020                              _[signature]_

Date                                                U.S. District Judge

The Court notes that the conference began on a videoconference platform, but because of some technical problems it was then resumed - and completed successfully - on the telephone. See the Transcript.