

The Law Offices of

**ONAODOWAN & DELINCE**

**. J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    **t** 646.375.2119   **c** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    **t** 646.375.2117   **c** 917.238.9332

July 13, 2021

<u>Via ECF</u>

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court
is directed to terminate Doc. #467. SO ORDERED.

July 14, 2021

Re: U.S. v. Baranco (JMF)
20 Cr. 135

Dear Judge Furman,

      I represent Edgardo Baranco in the above captioned case. He is currently on home incarceration with electronic monitoring. I am writing to respectfully request a temporary modification to his bail status. Prior to the start of the pandemic, Mr. Baranco was a freelance stagehand for event planners. He has been offered a freelance job in New York City on Saturday July 17, 2021. I am requesting that his bail conditions be modified to allow him to work that day.

      I have conferred with the government, and they defer to Pretrial Services. I have consulted with Mr. Baranco's Pretrial Officer Josh Rothman, who does not object to this one-time request to work this proposed shift, if Mr. Baranco provides Pretrial with the full details of his employment schedule, including the shift times and exact location.

cc: AUSA Harper

      AUSA Chan

Respectfully Submitted,

Christine Delince, Esq.