

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com      t 646.375.2119   c

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com         t 646.375.2117   c

July 27, 2021

**VIA ECF**

Hon. Jesse M.Furman
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

     **Re:** *United States v. Edgardo Baranco* 20 Cr. 135

Dear Judge Furman

     This letter is to request that the Court reconsider it's denial of an extension of time for Edgardo Baranco's surrender date. The Probation Department contacted me on July 26th and yes did indicate that the only day they had available before July 29th was July 28th. Unfortunately, I am not available that day due to two previously scheduled court appearances in the Southern District of New York. One is at 9am in front of Judge Hellerstein (U.S. v. Adams, 20 Cr.628) and the other is at 4pm in front of Judge Rakoff (U.S. v. Lewis, 21 Cr. 349). In addition, Probation requested that Mr. Baranco fill out certain documents and to provide certain documents at the interview, including letters from his health care providers listing any medications he has been prescribed, his birth certificate and proof of any assets or income. As the Court is aware, Mr. Baranco is not allowed internet or email access. Therefore, in order for him to fill out these documents quickly, I have had to go through his mother, who he no longer lives with. She is going to bring the documents to him so that he can fill them out and return it to me before the interview. For the letters from his medical professionals, Mr. Baranco would have to physically pick up the letters from his physicians once they are ready. I did not think two days would be enough time to complete all of these tasks. Therefore I picked a date where I was available and that would allow Mr. Baranco the ability to produce and fill out the requested documents. Therefore, I once again request that his surrender date be extended.



**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   t 646.375.2119   c

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c

The government has consented to an extension of Mr. Baranco's surrender until after August 3, 2021, the day of the scheduled in-person interview, but the government does not consent to the defense's request of August 19, 2021 at 2:00pm.

Respectfully Submitted,
/s/ Christine Delince, Esq.

Application DENIED.  The Probation Department has been conducting interviews even with detained defendants, without major complications, for almost a year and a half.  The Court gave the Defendant a surrender date rather than immediately remanding him to give him an opportunity to take care of the interview before being detained (and because immediate remand was impossible given that the plea was conducted remotely), but there is no basis to delay his remand further.

The Clerk of Court is directed to terminate ECF No. 486.

SO ORDERED.

July 28, 2021