

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Edgardo Baranco,* **20 Cr. 135 (JMF)**

Dear Judge Furman,

    The Government respectfully submits this letter motion seeking the Court's approval to file defendant Edgardo Baranco's medical records, which were attached to the Government's letter of September 1, 2021, under seal pursuant to Rules 10(D)(i) and 10(C)(ii) and (iii) of the Court's Individual Rules because the medical records constitute information that can be redacted pursuant to the Privacy Policy as described in Rule 10(A) of the Court's Individual Rules.

                                            Respectfully submitted,

                                            AUDREY STRAUSS
                                            United States Attorney

      by: _____
                Danielle R. Sassoon / Andrew K. Chan
                Brandon Harper / Jaclyn M. Wood (SAUSA)
                Assistant United States Attorneys
                Southern District of New York
                (212) 637-1115 / 1072 / 2209

cc:    Counsel for Edgardo Baranco (by ECF)

Application GRANTED. For the same reasons, the Government's redactions to its letter at ECF No. 520 are approved. The Clerk of Court is directed to terminate Docket No. 521. SO ORDERED.

September 2, 2021