

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Edgardo Baranco,* **20 Cr. 135 (JMF)**

Dear Judge Furman,

The Government respectfully submits this letter motion seeking the Court's approval to file portions of the Government's letter regarding the steps Essex County Correctional Facility ("ECCF") is taking to keep defendant Edgardo Baranco safe with redactions pursuant to Rules 10(B) and 10(C)(ii) and (iii) of the Court's Individual Rules because the proposed redactions relate to an ongoing and non-public investigation and the narrowly-tailored redactions are also made in the interest of the defendant's safety.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Danielle R. Sassoon / Andrew K. Chan
Brandon Harper / Jaclyn M. Wood (SAUSA)
Assistant United States Attorneys
Southern District of New York
(212) 637-1115 / 1072 / 2209

cc:   Counsel for Edgardo Baranco (by ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 530.

SO ORDERED.

September 9, 2021